

United States District Court
Southern District of Texas
FILED

OCT 17 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE OJEDA | § § | |
| Plaintiff, | § § | C.A. NO. __B-03-0182__ |
| | § | RULE 9(h) - Admiralty |
| VS. | § § | |
| CONCORDE SHIPPING, INC. | § § | |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Concorde Shipping, Inc., (hereinafter "Concorde"), a Louisiana corporation, by and through its attorneys, Royston, Rayzor, Vickery & Williams, L.L.P., who while expressly reserving all questions other than that of removal, files this its Notice of Removal and in support thereof would respectfully show the Court as follows:

### I.

On September 16, 2003, Plaintiff Jose Ojeda, (hereinafter "Plaintiff"), filed this action in the District Court, 107th Judicial District, in Cameron County, Texas, under Cause No. 2003-06-3270-A.

### II.

Pursuant to 28 U.S.C. §§ 1331, 1333, 1337, 1441, and 1446, Concorde hereby removes this action from the District Court, 107th Judicial District, Cameron County, Texas, Cause No. 2003-06-3270-A, to this Honorable Court. Plaintiff's Original Petition and Defendant's Original Answer constitute all of the pleadings which have been filed in this matter. A true and correct copy of the pleadings is attached hereto as part of Ex. "A." Upon information and belief, Concorde was served

51267:1078712.1:101603

a copy of Plaintiff's Original Petition on September 29, 2003. Therefore, this Notice of Removal is timely filed within the thirty-day period specified by 28 U.S.C. § 1446(b).

### III.

Removal is proper because Plaintiff's suit is based upon a federal question in that Plaintiff's claim arises under 28 U.S.C. §§ 1331, 1333 and 1337. Specifically, Plaintiffs claim requires application of the United States Carriage of Goods by Sea Act, 46 U.S.C. 1300 *et seq.*, and/or the application of the Harter Act, 46 U.S.C. §190 *et seq.*

### IV.

In accordance with 28 U.S.C. § 1446(a) and Local Rule 81 copies of all executed process, pleadings asserting causes of action, and the docket sheet are attached hereto as part of Ex. "A." No orders have been signed by the state judge. An Index of Matters Being Filed and List of All Counsel of Record is being filed contemporaneously with this Notice of Removal.

### V.

In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly given to all parties and the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division.

### VI.

Concorde denies any and all liability herein on its part, disputes each and every claim made by Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendant Concorde Shipping, Inc., respectfully prays that the State court action be removed to this Court and placed on the Court's

docket for further proceedings and for such other and further relief to which it may show itself justly entitled.

>Respectfully submitted,
>
>ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
>
>By: _____
>Marcus R. Tucker
>State Bar No.20282360
>Federal I.D. No. 12769
>1001 McKinney, Suite 1100
>Houston, Texas 77002-6418
>Telephone:  (713) 224-8380
>Telefax:    (713) 225-9945
>
>ATTORNEY FOR DEFENDANT
>CONCORDE SHIPPING, INC.

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2003, a true and correct copy of the foregoing *Defendant's Notice of Removal* was mailed Certified Mail, Return Receipt Requested to all counsel of record, as follows:

>Richard S. Hoffman
>1718 Boca Chica Blvd.,
>Brownsville, Texas 78520

>*VIA CERTIFIED MAIL NO. 7002 2410 0000 9563 9219*
>*RETURN RECEIPT REQUESTED*

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

FILED __10-15__ O'CLOCK __A__M
AURORA DE LA GARZA DIST. CLERK
JUN 26 2003
DISTRICT COURT OF CAMERON COUNTY TEXAS

2003-06-3270-A

| | |
|---|---|
| JOSE ANGEL OJEDA<br>Plaintiff, | IN THE DISTRICT COURT |
| V. | 107th JUDICIAL DISTRICT |
| Concorde Shipping, Inc.<br>Defendant. | OF CAMERON COUNTY |

### PLAINTIFFS' ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

   **NOW COMES** Jose Angel Ojeda, hereinafter called Plaintiff, complaining of and about Concorde Shipping, Inc., hereinafter called Defendant, and for cause of action show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiff Jose Angel Ojeda is an individual residing in Cameron County, Texas.

3. Defendant Concord Shipping, Inc. is a corporation that does business in the state of Texas and can be served through its registered agent, _____ through the office of the Secretary of State.

### JURISDICTION AND VENUE

4. The subject matter in controversy is within the jurisdictional limits of this court.

5. This court has jurisdiction over the parties because part or all of the transaction complained of took place in Texas.

6. Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.


EXHIBIT "A"

### FACTS

7. On or about July 6, 2002, Plaintiff contracted with Defendant for the transportation of various items from Brownsville, texas to San Pedro Sula, Honduras. Specifically, Defendant, a general agent, was to ship one 40 foot container with 133 used televisions, 16 used video cassette recorders, 48 bullet proof vests and 21 used refrigerators. The cost to Plaintiff of the shipping was $3,020.00 The Plaintiffs paid for all charges for which he was billed. On arrival and receipt of the goods, it was discovered that there was extensive damage to the televisions and video cassette recorders making them worthless to the Plaintiff.

### CAUSE OF ACTION - BREACH OF CONTRACT

8. Plaintiff fulfilled all of his obligations under the contract between him and the Defendant. Defendant breached tohe contract in destroying the goods that it was transporting for the Plaintiff.

### DAMAGES FOR PLAINTIFFS

9. As a direct and proximate result of the actions of the Defendant, Plaintiff was caused to suffer $22,201.31 for the loss of the items shipped and the expenses incurred in shipping the items.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Jose Angel Ojeda respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or in equity.

Respectfully submitted,

By: _____
Richard S. Hoffman
Texas Bar No. 09787200
1718 Boca Chica Blvd
Brownsville, Texas  78520
Tel. (956)544-2345
Fax. (956)982-1909
Attorney for Plaintiff

FILED ___ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
OCT 14 2003
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

NO. 2003-06-3270-A

| | | |
|---|---|---|
| JOSE OJEDA<br>    Plaintiff, | § § § | IN THE DISTRICT COURT |
| V. | § § | 107th JUDICIAL DISTRICT |
| CONCORDE SHIPPING, INC.<br>    Defendant | § § | OF CAMERON COUNTY, TEXAS |

**DEFENDANT CONCORDE SHIPPING, INC.'S ANSWER
TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Concorde Shipping Inc., and files this its Answer to Plaintiff Jose Ojeda's Original Petition, and respectfully states as follows:

**I.**

Defendant Concorde Shipping, Inc., asserts a general denial as is authorized by Rule 92, of the Texas Rules of Civil Procedure, and respectfully requests that Plaintiff Jose Ojeda be required to prove the charges and allegations made against Defendant Concorde Shipping, Inc., by a preponderance of the evidence as required by the Constitution and laws of the State of Texas. Defendant Concorde Shipping, Inc., prays for a jury trial.

**II.**

WHEREFORE, PREMISES CONSIDERED, Defendant Concorde Shipping, Inc., respectfully prays that if this case proceeds to trial, upon final trial and hearing, Defendant Concorde Shipping, Inc., have judgment in its favor, that it recover its costs of court herein expended and that it have such other and further relief, both general and special, legal and equitable, to which it may be justly entitled.

51267:1078171.1:101403

FILE COPY

Respectfully submitted,

By: _____
Marcus R. Tucker
State Bar No. 20282360
1001 McKinney, Suite 1100
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile:   (713) 225-9945

ATTORNEYS FOR DEFENDANT CREDENCE
CONCORDE SHIPPING, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing has been served via certified mail, return receipt requested to the following counsel of record this 14th day of October, 2003.

Richard S. Hoffman
THE LAW OFFICE OF RICHARD S. HOFFMAN
1718 Boca Chica Blvd.
Brownsville, Texas  78520
*Via CM/RRR NO. 7002 2410 0000 9563 9202*

_____
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

Citation for Personal Service  - BY CERTIFIED MAIL          Lit. Seq. # 5.002.01

No. 2003-06-003270-A           **ORIGINAL**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CONCORDE SHIPPING, INC.
SERVING REGISTERED AGENT OF
THE CORP.CONCORDE SHIPPING INC
6620 RIVERSIDE DRIVE, STE 320
METAIRIE, LA 70003

the      DEFENDANT     , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    AMENDED PETITION    was filed on SEPTEMBER 16, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003270-A.

The style of the case is:

JOSE ANGEL OJEDA
VS.
CONCORDE SHIPPING, INC.

Said petition was filed in said court by     HON. RICHARD S. HOFFMAN
(Attorney for         PLAINTIFF         ), whose address is
1718 BOCA CHICA BLVD. BROWNSVILLE, TX. 78520                    .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the  6th  day of  OCTOBER , A.D. 2003.



AURORA DE LA GARZA   , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: Carolina Ootoo          , Deputy

**SCANNED**
OCT 0 7 2003

| ATTACH RETURN RECEIPTS WITH |
|---|
| U.S. Postal Service |
| **CERTIFIED MAIL RECEIPT** |
| (Domestic Mail Only; No Insurance Coverage Provided) |

7003 0140 0004 7147 8629

| 2003-06-3270-A | 10/06/03 |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
CONCORDE SHIPPING, INC
Street, Apt No., or PO Box No
6620 RIVERSIDE DRIVE, STE 320
City, State, ZIP+4
METAIRIE, LA 70003

CITY        STATE        ZIP

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the __6th__ of __OCTOBER__ __2003__, I mailed to

__CONCORDE SHIPPING, INC.__

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. __1461478629__
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

__AURORA DE LA GARZA__, District Clerk
Cameron County, Texas

By: __Carolina Ootoo__, Deputy

SCANNED
OCT 0 7 2003

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2003-06-003270-A

THE  STATE  OF  TEXAS



NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CONCORDE SHIPPING, INC.
SERVING ITS REGISTERED AGENT
OF THE CORPORATION AT
6620 RIVERSIDE DRIVE, STE 320
METAIRIE, LA 70003

the     DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    AMENDED PETITION    was filed on SEPTEMBER 16, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003270-A.

The style of the case is:

JOSE ANGEL OJEDA
VS.
CONCORDE SHIPPING, INC.

Said petition was filed in said court by    HON. RICHARD S. HOFFMAN
(Attorney for    PLAINTIFF    ), whose address is
1718 BOCA CHICA BLVD. BROWNSVILLE, TX. 78520            .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 17th day of SEPTEMBER, A.D. 2003.



AURORA DE LA GARZA   , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: Carolina Ostos    , Deputy

SCANNED
SEP 19 2003



CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the <u>17th</u> of <u>SEPTEMBER</u> <u>2003</u>, I mailed to

<u>CONCORDE SHIPPING, INC.</u>

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. <u>1461475681</u>
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

<u>AURORA DE LA GARZA</u>, District Clerk
Cameron County, Texas

By: <u>Carolina Ostos</u>, Deputy

SCANNED
SEP 19 2003

```
RUN DATE 10/17/03                                                                    PAGE: 01
RUN TIME  9:34 AM

         *  *  *  *  C L E R K ' S   E N T R I E S  *  *  *  *            2003-06-003270-A

JOSE ANGEL OJEDA                                  (06)                    06    26    03

       VS                                    BREACH OF CONTRACT

CONCORDE SHIPPING, INC.


                  000004701
                  HON. RICHARD S. HOFFMAN
                  1718 BOCA CHICA BLVD.
                  BROWNSVILLE, TX.       78520 0000

                  000682701
                  MARCUS R. TUCKER
                  1001 MCKINNEY, STE. 1100
                  HOUSTON, TEXAS         77002 0000


                  06/26/03  ORIGINAL PETITION FILED
                  09/16/03  PLAINTIFF'S FIRST AMENDED ORIGINAL
                            PETITION/C.OSTOS
                  09/17/03  CITATION (CM): CONCORDE SHIPPING, INC.
                  09/17/03    SERVED: 09/25/03    FILED: 09/30/03
                  10/06/03  CITATION (CM): CONCORDE SHIPPING, INC.
                  10/06/03    SERVED:
                  10/14/03  ORIGINAL ANSWER: CONCORDE SHIPPING,
                            INC.
                  10/14/03  DEFENDANT CONCORDE SHIPPING, INC.'S
                            ANSWER TO PLAINTIFF'S
                  10/14/03    ORIGINAL PETITION/C.OSTOS
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| Plaintiff, | § | C.A. NO. B-03-0182 |
| | § | RULE 9(h) - Admiralty |
| VS. | § | |
| | § | |
| CONCORDE SHIPPING, INC. | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF JAVIER GONZÁLEZ

BEFORE ME, the undersigned authority, on this day personally appeared Javier González, who is personally known to me, and who first being duly sworn according to law upon his oath swore that the facts stated herein are true and correct and said:

"My name is Javier González. I am a United States citizen, over 18 years of age and am a resident of Cameron County, Texas. I have never been convicted of a felony. I am fully competent to make this affidavit and I am not under the influence of alcohol, drugs, or any other chemical that might otherwise effect my testimony. I declare that the following voluntary statement is made of my own free will without promise of hope or reward, without coercion, favor, offer of favor by any person or persons whomsoever.

I affirm that a true and correct copies of the District Court of the 107th Judicial District of Cameron County Docket Sheet, Plaintiff's Original Petition, and Defendant's Original Answer, is attached hereto as Ex. 'A' ".

51267:1078772.1:101703

FURTHER AFFIANT SAYETH NOT.

_____
Javier González

Date: _____10-17-03_____


SWORN AND SUBSCRIBED TO BEFORE ME on this 17th day of October, 2003.

_____
Adela G. Rico
Notary Public in and for the State of Texas

My Commission Expires: 2/12/05

ADELA G. RICO
Notary Public, State of Texas
My Commission Expires
February 12, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 17 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| Plaintiff, | § | C.A. NO. ___B-03-0182___ |
| | § | RULE 9(h) - Admiralty |
| VS. | § | |
| | § | |
| CONCORDE SHIPPING, INC. | § | |
| | § | |
| Defendant. | § | |

### INDEX OF MATTERS BEING FILED AND
### LIST OF ALL COUNSEL OF RECORD

Defendant, Concorde Shipping, Inc., files this Index of Matters Being Filed and List of All Counsel of Record in accordance with Local Rule 81 of the United States District Court for the Southern District of Texas.

### I.

### INDEX OF MATTERS BEING FILED

1. Plaintiff's Original Petition.

2. Defendant's Original Answer.

3. Citation issued for service to Concorde Shipping, Inc.

4. Notice of Filing of Removal.

51267:1078731.1:101703

## II.

## **LIST OF ALL COUNSEL OF RECORD**

1. <u>Plaintiff, Jose Ojeda</u>

   Richard S. Hoffman
   THE LAW OFFICE OF RICHARD S. HOFFMAN
   1718 Boca Chica Blvd.
   Brownsville, Texas 78520
   Telephone: (956) 544-2345
   Facsimile: (956) 982-1909

2. <u>Defendant, Concorde Shipping, Inc.</u>

   Marcus R. Tucker
   State Bar No. 20282360
   Federal I.D. No. 12769
   1001 McKinney, Suite 1100
   Houston, Texas 77002
   Telephone: (713) 224-8380
   Facsimile: (713) 225-9945


Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.


By: *Marcus R. Tucker*
Marcus R. Tucker
State Bar No. 20282360
Federal I.D. No. 12769
1001 McKinney, Suite 1100
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945

ATTORNEY FOR DEFENDANT,
CONCORDE SHIPPING, INC.

**CERTIFICATE OF SERVICE**

This certifies that a true and correct copy of the foregoing has been served via certified mail, return receipt requested to the following counsel of record this 17th day of October, 2003.

Richard S. Hoffman
THE LAW OFFICE OF RICHARD S. HOFFMAN
1718 Boca Chica Blvd.
Brownsville, Texas 78520
*Via CM/RRR NO. 7002 2410 0000 9563 9219*

_____
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.