IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

United States District Court
Southern District of Texas
FILED

NOV 13 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE OJEDA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. B-03-182 |
| | § | |
| CONCORDE SHIPPING, INC. | § | |
| Defendant. | § | |

PLAINTIFF'S LIST OF FINANCIALLY
INTERESTED INDIVIDUALS AND ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE OJEDA, herein after referred to as Plaintiff, and files this list of Interested Individuals or Entities for the above referenced cause and would respectfully show unto this honorable Court as follows:

1. PLAINTIFF
   Mr. Jose Ojeda, Individual
   C/o Richard S. Hoffman
   ATTORNEY AT LAW
   1718 Boca Chica Blvd.
   Brownsville, Texas 78520
   Telephone: (956) 544-2345
   Facsimile: (956) 982-1909

2. DEFENDANT
   Concorde Shipping, Inc., a Corporation based in the State of Texas
   C/o Dale S. Dorsey, Registered Agent
   6620 Riverside Drive, Ste. 320
   Metairie, LA. 70003

3. DEFENDANT
   Kelvin Troughton, President
   6620 Riverside Dr. #320
   Metairie, LA. 70003

4. DEFENDANT
   Joseph Noto, Vice President
   6620 Riverside Dr., #320
   Metairie, LA. 70003

5. DEFENDANT

    Sally B. Dupre, Incorporator
    2777 Jonquil Street
    New Orleans, LA. 70122

6.   COUNSEL FOR PLAINTIFF, JOSE OJEDA
    Mr. Richard S. Hoffman
    ATTORNEY AT LAW
    1718 Boca Chica Blvd.
    Brownsville, Texas 78520
    Telephone: (956) 544-1245
    Facsimile: (956) 982-1909

7.   COUNSEL FOR DEFENDANT, CONCORDE SHIPPING, INC.
    Marcus R. Tucker
    ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
    1001 McKinney, Ste. 1100
    Houston, Texas 77002-6418
    Telephone: (713) 224-8380
    Facsimile: (713) 225-9945

            Respectfully Submitted,

            Richard S. Hoffman
            LAW OFFICE OF RICHARD S. HOFFMAN
            1718 Boca Chica Blvd.
            Brownsville, Texas 78520
            Phone: (956) 544-2345
            Fax: (956) 982-1909

            BY: _____
            Richard S. Hoffman
            State Bar No. 09787200
            Federal ID No. 6147
            ATTORNEY FOR PLAINTIFF
            JOSE OJEDA

CERTIFICATE OF SERVICE

I hereby certify that the foregoing List of Financially Interested Individuals and Entities has been served upon counsel listed below by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, on this 12 day of November, 2003.

Marcus R. Tucker
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1001 McKinney, Ste. 1100
Houston, Texas 77002-6418
Telephone: (713) 224-8380
Facsimile: (713) 225-9945

_____
Richard S. Hoffman