# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Jose Ojeda | § § | |
| VS. | § § | CIVIL ACTION NO.  B-03-182 |
| Concorde Shipping, Inc. | § | |

TYPE OF CASE:        __X__ CIVIL                                              ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** **600 E. HARRISON STREET** **BROWNSVILLE, TEXAS** | **THIRD FLOOR COURTROOM, #6** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| **February 6, 2004 @ 9:30 a.m.** | **February 13, 2004 @ 9:30 a.m.** |

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE:   January 22, 2004

TO:   ALL COUNSEL OF RECORD