IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE OJEDA | § |
| | § |
| Plaintiff, | § C.A. NO. B-03-0182 |
| | § RULE 9(h) - Admiralty |
| VS. | § |
| | § |
| CONCORDE SHIPPING, INC. | § |
| | § |
| Defendant. | § |

### DEFENDANT CONCORDE SHIPPING, INC.'S
### CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CONCORDE SHIPPING INC., and pursuant to the Court's order for conference and disclosure of interested parties, files its Certificate of Interested Parties. The following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have a financial interest in the outcome of this litigation, as follows:

1. Concorde Shipping, Inc.;

2. Jose Ojeda;

Respectfully submitted,

By: *Marcus R. Tucker*
Marcus R. Tucker
Federal Bar No.: 12769
State Bar No.: 20282360
Randall B. Geuy
Federal I.D. No.:34831

51267:1091782.1:020304

> State Bar No.: 24039320
> 1001 McKinney, Suite 1100
> Houston, Texas 77002-6418
> Telephone: (713) 224-8380
> Facsimile: (713) 225-9945
>
> ATTORNEYS FOR DEFENDANT
> CONCORDE SHIPPING, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of February, 2004, the foregoing was served on all counsel of record by certified mail, return receipt requested.

> Richard S. Hoffman
> THE LAW OFFICE OF RICHARD S. HOFFMAN
> 1718 Boca Chica Blvd.
> Brownsville, Texas 78520
> **VIA CM/RRR NO.**

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.