IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| Plaintiff, | § | C.A. NO. B-03-0182 |
| | § | RULE 9(h) - Admiralty |
| VS. | § | |
| | § | |
| CONCORDE SHIPPING, INC. | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION OF ATTORNEY
## PURSUANT TO LOCAL RULE 1

The undersigned, James H. Hunter, Jr., attorney at law licensed to practice law in the State of Texas and admitted to the United States District Court for the Southern District of Texas hereby requests:

1. Leave to appear as attorney for Defendant, Concorde Shipping, Inc., for the Rule 16 Scheduling Conference set on February 13, 2004 at 9:30 a.m. in the above-captioned litigation and submits to the jurisdiction of this Court for discipline purposes and to the local Rules, and certifies that the undersigned counsel will be available for the hearings.

2. That the undersigned attorney of record James H. Hunter, Jr. is a member in good standing of the State Bar of Texas, admitted to practice before the United States District Court for the Southern District of Texas.

3. In support of this motion, the undersigned, James H. Hunter, Jr. represents that he has not previously been convicted of a felony or a misdemeanor involving moral turpitude nor has he been the subject of any disciplinary action by a court of record.

51267:1093209.1:021304

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that leave of court be granted for the admission of James H. Hunter, Jr. as attorney for Defendant, Concorde Shipping, Inc. to appear for the Rule 16 Scheduling Conference set on February 13, 2004 at 9:30 a.m. and for other and further relief to which the undersigned may show himself justly entitled.

        Respectfully submitted,

        **ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**LOCAL COUNSEL FOR DEFENDANT,
CONCORDE SHIPPING, INC.**

### CERTIFICATE OF CONFERENCE

I, James H. Hunter, Jr., have consulted with the attorneys of record for all parties making an appearance and there is no opposition to this motion.

_____
**James H. Hunter, Jr.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been hand-delivered to the following counsel of record at the time of the Rule 16 Scheduling Conference on February 13, 2004.

Richard S. Hoffman
THE LAW OFFICE OF RICHARD S. HOFFMAN
1718 Boca Chica Blvd.
Brownsville, Texas 78520

_____
**James H. Hunter, Jr.**