IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 1 3 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| Plaintiff, | § § | C.A. NO. B-03-0182 |
| VS. | § § | RULE 9(h) - Admiralty |
| CONCORDE SHIPPING, INC. | § § § | |
| Defendant. | § | |

## ORDER GRANTING LEAVE TO APPEAR
## PURSUANT TO LOCAL RULE 1

On this day came on to be heard the Unopposed Rule 1 Motion of James H. Hunter, Jr. to appear as attorney-in-charge for Defendant, Concorde Shipping, Inc., and the Court having considered said motion is of the opinion that it should be granted in all respects. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that James H. Hunter, Jr. be granted leave to appear as attorney for Defendant, Concorde Shipping, Inc. for the specific purpose of attending the Rule 16 Scheduling Conference of February 13, 2004 (or any date it is reset) and he shall be subject to the jurisdiction of this Court for discipline purposes and to the Local Rules, and that he shall be available for hearings on 48 hours notice.

DONE at Brownsville, Texas this 13th day of February, 2004.

_____
**UNITED STATES DISTRICT JUDGE**