United States District Court
Southern District of Texas
FILED

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE    FEB 1 3 2004

INITIAL PRETRIAL & SCHEDULING CONFERENCE    Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-182    DATE & TIME: 2/13/04 @ 9:51 - 9:57 a.m.
COUNSEL:

JOSE OJEDA    §    Richard Hoffman

VS    §

CONCORDE SHIPPING, INC.    §    James Hunter

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. Richard Hoffman appeared for the Plaintiff. James Hunter appeared for Defendant. Mr. Hunter's Unopposed Motion of Attorney Pursuant to Local Rule 1 is GRANTED. Order executed and filed.

The following deadlines are set by the Court:

  ETT-1 day. This case to be tried before the Court.
  Docket Call set for 9/28/04 @ 1:30 p.m.
  Joint Pretrial Order due by 9/17/04
  Dispositive motions filed by 8/13/04
  Non-Dispositive motions filed by 9/17/04
  Discovery completed by 9/17/04
  Plaintiff's experts named by 6/30/04
  Defendant's experts named by 7/30/04

Any of the above, with the exception of Docket Call and Joint Pretrial order dates, can be changed by agreement among the attorneys w/written notification to the Court of any agreed changes.

Court is adjourned.