*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-03-182 |
| | § | |
| CONCORDE SHIIPPING, INC. | § | |

## Scheduling Order

1. Trial: Estimated time to try: __1__ day.          ■ Bench    ☐ Jury

2. New parties must be joined by:                                        _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     June 30, 2004

4. The defendant's experts must be named with a report furnished by:     July 30, 2004

5. Discovery must be completed by:                                       September 17, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                 August 13, 2004

   Non-Dispositive Motions will be filed by:                             September 17, 2004

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:                                          September 17, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                                  September 28, 2004

The case will remain on standby until tried.

Signed this the __20th__ day of __February__, 2004.

_____
Andrew S. Hanen
United States District Judge

**xc: ALL COUNSEL OF RECORD**