IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| Plaintiff, | § | C.A. NO. B-03-0182 |
| | § | RULE 9(h) - Admiralty |
| VS. | § | |
| | § | |
| CONCORDE SHIPPING, INC. | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR CONCORDE SHIPPING, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Royston, Rayzor, Vickery & Williams, L.L.P. and attorneys Marcus R. Tucker and James Hunter in the above referenced matter, and pursuant to Local Rule 83.2 file this Unopposed Motion to Withdraw as Counsel for Concorde Shipping, Inc., and would show the Court as follows.

### I.

### BACKGROUND

Royston, Rayzor, Vickery & Williams, L.L.P. was retained by CONCORDE SHIPPING, INC. ("Concorde Shipping"). This law firm was initially instructed to respond to the lawsuit filed in Texas state court and seek removal to federal court. An Answer was a filed and removal was granted. A scheduling conference was held on February 13, 2004. Concorde Shipping, however, has ceased to exist as a viable business entity. Concorde Shipping has no successors in interest or liability and is without insurance or underwriters.

51267:1117395.2:082604

Given this development, the undersigned counsel do not have any basis to expect payment of the fees and expenses that are incurred to further defend this matter. Accordingly, the undersigned counsel request that they be allowed to withdraw as Concorde Lines counsel.

## II.

## AUTHORITY

The Local Rules for the Southern District of Texas, Rule 83.2 entitled "Withdrawal of Counsel" provides as follows:

> Although no delay will be countenanced because of a change in counsel, withdrawal of counsel-in-charge may be effected by motion and order, under conditions imposed by the Court.

As stated above, this law firm and the named attorneys filed an Answer and removal pleadings on behalf of Concorde Shipping. However, Concorde Line is no longer in business and Royston, Rayzor, Vickery & Williams, L.L.P. has no basis to recover the attorney's fees and expenses that will be incurred in the future. Therefore, this firm and the undersigned attorneys should be allowed to withdraw as counsel for Defendant Concorde Shipping, Inc.

## III.

## PRAYER

For the foregoing reasons, Royston, Rayzor, Vickery & Williams, L.L.P., through the undersigned counsel, respectfully request that the Court allow Royston, Rayzor, Vickery & Williams, L.L.P. and attorneys Marcus Tucker and James Hunter to withdraw as counsel for Defendant Concorde Shipping, Inc.

Respectfully submitted,

By: /s/ Marcus R. Tucker, by perm.
Marcus R. Tucker
State Bar No. 20282360
Federal I.D. No. 12769
1001 McKinney, Suite 1100
Houston, Texas 77002
Tel: (713) 224-8380
Fax: (713) 225-9945

By: /s/
James H. Hunter, Jr.
State Bar No. 00784311
Federal I.D. No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78521
Tel: (956) 542-4377
Fax: (956) 542-4370

**ATTORNEYS FOR DEFENDANT,
CONCORDE SHIPPING, INC.**

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

### CERTIFICATE OF CONFERENCE

I, Marcus R. Tucker, have consulted with the attorneys of record for all parties making an appearance and there is no opposition to this motion.

/s/ Marcus R. Tucker, by perm.
Marcus R. Tucker

## CERTIFICATE OF SERVICE

I certify that on the 26th of August, 2004, a true and correct copy of the foregoing was sent by certified mail, return receipt requested to Plaintiff's counsel of record.

Richard S. Hoffman
THE LAW OFFICE OF RICHARD S. HOFFMAN
1718 Boca Chica Blvd.
Brownsville, Texas 78520

_____
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.