IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| Plaintiff, | § | C.A. NO. B-03-0182 |
| | § | RULE 9 (h) – Admiralty |
| VS. | § | |
| | § | |
| CONCORDE SHIPPING, INC. | § | |
| | § | |
| Defendant. | § | |

### UNOPPOSED MOTION OF ATTORNEY PURSUANT TO LOCAL RULE 1

The undersigned, Chellis Neal Gonzalez, Attorney at Law, admitted to the United States District Court for the Southern District of Texas hereby requests:

1. Leave to appear as attorney for Plaintiff Jose Ojeda for the Final Pre-Trial Hearing set on September 28, 2004 at 1:30 pm in the above-captioned litigation and submits to the jurisdiction of this Court for discipline purposes and to the local Rules, and certifies that the undersigned counsel will be available for the hearings.

2. That the undersigned attorney is admitted to practice before the United States District Court for the Southern District of Texas.

3. In support of this motion, the undersigned, Chellis Neal Gonzalez, represents that she has not previously been convicted of a felony or a misdemeanor involving moral turpitude nor has he been the subject of any disciplinary action by a court of record.

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that leave of court be granted for the admission of Chellis Neal Gonzalez as attorney for Plaintiff, Jose