IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-182 |
| | § | |
| CONCORDE SHIPPING, INC. | § | |

**ORDER**

On this the 28th day of September, 2004, the court heard the Unopposed Motion to Withdraw filed by the attorneys for the defendant and granted same. Further, this court held the scheduled Final Pretrial Conference and set this case for trial on November 1, 2004, at 1:30 p.m. The trial will be before the Bench. No continuances will be allowed, unless good cause is shown.

Signed this 28th day of September, 2004.

Andrew S. Hanen
United States District Judge