IN THE UNITED STATES DISTRICT COURT
FOR THE SOTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| Plaintiff, | § | C.A. NO. B-03-0182 |
| | § | RULE 9(h) – Admiralty |
| VS. | § | |
| | § | |
| CONCORDE SHIPPING, INC. | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER GRANTING LEAVE TO APPEAR
## PURSUANT TO LOCAL RULE 1

On this day came on to be heard the Unopposed Rule 1 Motion of Chellis Neal Gonzalez, to appear as attorney-in-charge for Plaintiff, Jose Ojeda, and the Court having considered said motion is of the opinion that it should be granted in all aspects. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Chellis Neal Gonzalez be granted leave to appear as attorney for ~~Defendant, Concorde Shipping, Inc~~ *Plaintiff Jose Ojeda* for the specific purpose of attending the final Pre-Trial Hearing of September 28, 2004 and she shall be subject to the jurisdiction of this Court for disciplines purposes and to the Local Rules, and that she shall be available for hearing on 48 hours notice.

DONE at Brownsville, Texas this 28th day of September 2004.

_____
UNITED STATES DISTRICT JUDGE