United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE OJEDA | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-182 |
| | § | |
| CONCORDE SHIPPING, INC. | § | |

# ORDER

On this 1st day of November, 2004, the above referenced case was called for trial, and on the motion of Plaintiff's counsel was dismissed without prejudice.

It is, therefore, ordered that the plaintiff's motion to dismiss is granted and the case is dismissed without prejudice.

Signed this 1st day of November, 2004.

Andrew S. Hanen
United States District Judge